JAY GRP., Ltd. v. GLASGOW

No. 445P00

Case below: 139 N.C. App. 595

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

JOHNSON v. TRUSTEES OF DURHAM TECH. CMTY. COLL.

No. 474P00

Case below: 139 N.C. App. 676

Motion by plaintiff to dismiss the appeal for lack of substantial constitutional question allowed 20 December 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 20 December 2000.

JONES v. WAINWRIGHT

No. 457P00

Case below: 139 N.C.App. 450

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

KEITH v. FRIEND

No. 447P00

Case below: 139 N.C. App. 635

Petition by defendants (Clarence Friend and Flaminio Malaguti) for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

KIKENDALL v. JONES

No. 475P00

Case below: 139 N.C. App. 835

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000. Conditional Petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 20 December 2000.